FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KAREN GOLINSKI, | No. 12-15388 |
| Plaintiff - Appellee, | D.C. No. 3:10-cv-00257-JSW Northern District of California, San Francisco |
| v. | |
| UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; JOHN BERRY, Director of the United States Office of Personnel Management, in his official capacity, | ORDER |
| Defendants, | |
| and | |
| BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, | |
| Intervenor-Defendant - Appellant. | |

| | |
|---|---|
| KAREN GOLINSKI, | No. 12-15409 |
| Plaintiff - Appellee, | D.C. No. 3:10-cv-00257-JSW Northern District of California, San Francisco |
| v. | |

UNITED STATES OFFICE OF
PERSONNEL MANAGEMENT; JOHN
BERRY, Director of the United States
Office of Personnel Management, in his
official capacity,

Defendants - Appellants,

and

BIPARTISAN LEGAL ADVISORY
GROUP OF THE U.S. HOUSE OF
REPRESENTATIVES,

Intervenor-Defendant.

Before: THOMAS, Circuit Judge and En Banc Coordinator.

Pursuant to G.O. 5.2, the petition for initial hearing en banc was circulated to the court. A time was established by which any judge could request a vote on the petition. No judge requested a vote within the time period. Therefore, the petition for initial hearing en banc is denied.

Chief Judge Kozinski and Judge Reinhardt did not participate in the consideration of this matter.

The order filed April 11, 2012, remains in effect. The Clerk shall calendar these consolidated appeals for argument before a three-judge panel during the week of September 10-14, 2012, in San Francisco.